People v Vinson (2018 NY Slip Op 09014)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

People v Vinson

2018 NY Slip Op 09014

Decided on December 27, 2018

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 27, 2018
Richter, J.P., Manzanet-Daniels, Webber, Oing, Moulton, JJ.


6510 512/15

[*1]The People of the State of New York, Respondent,
vThomas Vinson, Defendant-Appellant.

Robert S. Dean, Center for Appellate Litigation, New York (Jacqueline A. Meese-Martinez of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (Oliver McDonald of counsel), for respondent.

Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered November 22, 2016, convicting defendant, after a jury trial, of tampering with physical evidence and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to an aggregate term of 1½ to 3 years, unanimously reversed, on the law, and the indictment dismissed.
This Court previously held this appeal in abeyance pending a suppression hearing (161 AD3d 493 [1st Dept 2018]). Supreme Court (Robert Mandelbaum, J. at hearing) granted defendant's motion to suppress the contraband at issue, and the People do not
seek to challenge that determination. Accordingly, we vacate the conviction and dismiss the indictment.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: DECEMBER 27, 2018
CLERK